IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **LAMINE SAKHO,** | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION 06-00659-WS-C |
| **ALBERTO GONZALES,** *et al.*, | : | |
| Respondents. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 18, 2007 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 5th day of March, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE